# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America                          Criminal # 08-755  (KSH)

    v.

Jesse Barron                                      **ORDER**

The financial inability of Defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 2nd day of May, 2012

ORDERED that Peter Carter, AFPD from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent the defendant in the cause until further order of the Court.

                                                 /s/ Katharine S. Hayden

                                                 KATHARINE S. HAYDEN
                                                 United States District Judge